IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00014-KDB

JEFFREY DAVID PAGAN,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

ORDER

**THIS MATTER** is before the Court on Plaintiff's consent Motion to Dismiss. (Doc. No. 8). For the reasons stated in the Motion, and without objection by opposing counsel, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss, Doc. No. 8, is **GRANTED.** The Clerk of Court is directed to close this matter in accordance with this Order.

**SO ORDERED.**

Signed: July 10, 2023

Kenneth D. Bell
United States District Judge